Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone:  (209) 625-8976
Facsimile:   (209) 625-8673
E-Mail:  russell@humphreylawgroup.net

Attorneys for Defendant, DEREK WINTERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,                          Case No:    2:12-cr-00198-MCE

            Plaintiff,

vs.                                                                  WAIVER OF DEFENDANT'S
                                                                       APPEARANCE AND ORDER THEREON

STEVEN ORTEGA, et al.,

            Defendant(s).
_____/

    Pursuant to Federal Rule of Criminal Procedure 43(b)(3), defendant Derek Winters, in the above- entitled

matter, hereby waives the right to be present in person in open court upon most pre-trial proceedings in this

case, including, when the case is ordered set for trial, when a continuance is ordered, and when any other

action is taken by the court except for arraignment, entry of plea, all motion hearings, trial confirmation

hearing, empanelment of jury, trial, and imposition of sentence.

    Defendant agrees that his interest will be deemed represented at all times by the presence of his attorney,

the same as if defendant were personally present, and further agrees to be present in court, ready for trial, any

day and hour the court may set in his absence.

///

///

///

WAIVER OF DEFENDANT'S APPEARANCE

1    Defendant acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174

2  (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant present.

3  Dated June 21, 2012                                    /s/ Derek Winters   (original kept on file)
                                                         DEREK WINTERS
4

5

6  Dated June 21, 2012                                    /s/ Russell S.Humphrey
                                                         RUSSELL S. HUMPHREY
                                                         Attorney for Defendant DEREK WINTERS
7

8

9    **IT IS SO ORDERED.**

10

11  Dated:  July 10, 2012

12                                                  _____
                                                   MORRISON C. ENGLAND, JR
13                                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26                              WAIVER OF DEFENDANT'S APPEARANCE