RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Defendant
DEREK WINTERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STEVEN ORTEGA, et al.<br><br>DEFENDANTS. | Case No. 2:12-cr-198-MCE<br><br>**STIPULATION AND ORDER TO RESET THE SENTENCING HEARING TO NOVEMBER 17, 2016** |

   IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff, THE UNITED STATES OF AMERICA, through a representative of the United States Attorney's Office, Eastern District of California, Assistant United States Attorney Roger Yang ("Plaintiff"), and Defendant DEREK WINTERS, through his attorney of record Russell S. Humphrey ("Defendant"), that the currently set Sentencing Conference on September 15, 2016 be vacated and continued to November 17, 2016.

USA v. Ortega, et al.
Stipulation and Order

1

This stipulation and proposed order is necessary because Defendant Derek Winters did not meet with the United States Probation Department for his pre-sentencing interview until September 1, 2016 due to the conflicting schedules of Defendant's counsel and the Probation Department.  The existing deadlines associated with sentencing were not met due to the delay in the Defendant's interview.

Dated:  September 15, 2016

/s/ *Russell S. Humphrey*
By: RUSSELL S. HUMPRHEY
Attorney for Defendant Derek Winters


/s/ *Roger Yang*
By: ROGER YANG
Attorney for USA

USA v. Ortega, et al.
Stipulation and Order

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN ORTEGA, et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cr-198-MCE<br><br>**ORDER** |

　　Good cause being found, the court orders the currently set Sentencing Hearing on September 15, 2016 be vacated and continued to November 17, 2016.

　　IT IS SO ORDERED.

Dated:  September 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

USA v. Ortega, et al.
Stipulation and Order

3