UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:12-cr-198-MCE |
| Plaintiff, | |
| vs. | **ORDER** |
| STEVEN ORTEGA, et al., | |
| Defendants. | |

Good cause having been shown, the court orders that the Sentencing Hearing for Derek Winters currently set on November 17, 2016 be vacated and continued to January 19, 2017.

IT IS SO ORDERED.

Dated:  November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE