PHILLIP A. TALBERT
United States Attorney
RICHARD BENDER
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN ORTEGA, SR.,<br>MARLA ORTEGA and<br>DEREK WINTERS,<br><br>　　　　Defendants. | 2:12-CR-00198-MCE<br><br>FINAL ORDER OF FORFEITURE |

　　　WHEREAS, on or about January 12, 2016, this Court entered an *Amended* Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Steven Ortega, Sr. forfeiting to the United States the following property:

　　　a.　　$86,386.34 in account number 837-8529088 at Wells Fargo Bank, held in the name of Tracy GC LLC;

　　　b.　　$75,799.17 in account number 237-4897144 at Wells Fargo Bank, held in the name of Hayward GC LLC;

　　　c.　　$12,487.89 in account number 837-7300564 at Wells Fargo Bank, held in the name of Anthony L. Winters;

　　　d.　　$6,705.79 in account number 1-534-6593-5705 at U.S. Bank, held in the name of Steven G. Ortega dba Trend Setterz Customs;

e. $4,779.21 in account number 837-7299931 at Wells Fargo Bank, held in the names of Marla W. Ortega and Steven G. Ortega;

f. $22,560.00 in account number 522-9480073 at Wells Fargo Bank, held in the names of Marla W. Ortega and Steven G. Ortega;

g. $2,315.48 in account number 837-7300341 at Wells Fargo Bank, held in the name of Derek C. Winters;

h. $16,300.00 in account number 688-7162441 at Wells Fargo Bank, held in the name of Derek C. Winters;

i. $8,270.00 in U.S. currency;

j. $12,290.00 in U.S. currency;

k. $7,874.00 in U.S. currency;

l. $4,980.00 in U.S. currency;

m. $22,057.00 in U.S. currency;

n. $57,642.00 in U.S. currency;

o. A 2010 Harley Davidson Road Glide Motorcycle, VIN: 1HD1KH43XAB656597, California License Number: 20J4782; and

p. Sig Sauer Mosquito Handgun, Serial Number F011198.

AND WHEREAS, on or about July 7, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interests of defendant Marla Ortega in the property listed above under Steven Ortega, Sr.

AND WHEREAS, on or about July 7, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interests of defendant Derek Winters in the following property:

a. Approximately $86,386.34 seized from Wells Fargo Bank Account Number 837-8529088, held in the name of Tracy GC LLC;

b. Approximately $75,799.17 seized from Wells Fargo Bank Account Number 837-7300564, held in the name of Hayward GC LLC dba Growers Choice #2;

c. Approximately $12,487.89 seized from Wells Fargo Bank Account Number 237-4897144, held in the name of Anthony L. Winters;

d. Approximately $2,315.48 seized from Wells Fargo Bank Account Number 837-7300341, held in the name of Derek C. Winters;

e. Approximately $16,300.00 seized from Wells Fargo Bank Account Number 688-7162441, held in the name of Derek C. Winters;

f.   $12,290.00 in U.S. currency;

g.   $8,270.00 in U.S. currency;

h.   $7,874.00 in U.S. currency;

i.   $4,980.00 in U.S. currency;

j.   $22,057.00 in U.S. currency;

k.   $57,642.00 in U.S. currency;

l.   2009 Land Rover Range Rover, VIN: SALSH23469A210503, California License: 6HXA254; and

m.   2007 Tracker Targa 17 Sport Boat with 2004 Trailer, VIN: BUJ64228C707, California Vessel Number: CF3895RN.

AND WHEREAS, beginning on January 23, 2016 (Ortega, Sr.) and January 25, 2017 (Marla Ortega and Winters), for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interests of Steven Ortega, Sr., Marla Ortega and Derek Winters.

2.   All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

///

///

///

///

3. The U.S. Marshals Service and the Internal Revenue Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: March 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture